IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

LOYDA D BERDECIA MENENDEZ  CASE NO. 10-10654 ESL

DEBTOR  CHAPTER 13

## DEBTOR'S AMENDMENT OF SCHEDULE D
## IN CASE CONVERTED TO CHAPTER 13

The Debtor in the above captioned case hereby amends Schedule D, by substituting the attached amended schedule for the ones originally filed, pursuant to Fed. R. Bankr. P.1009 *to include Cooperativa A/C Hermanos Unidos*.

**CERTIFICATE OF SERVICE:** I hereby certify that on November 12, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notifications of such filing to the following: Chapter 13 Trustee.

November 12, 2010

Sonia A. Rodríguez Rivera 117414
Otto E. Landrón Pérez 202706
Carlo J Rodríguez Puigdollers 227001
Landrón & Rodríguez Law Offices
Attorneys for Debtor
PO Box 52044
Toa Baja, PR 00950-2044
Tel 795-0390 / Fax 795-2693
Corozal: 802-3844 Tel & Fax
Email: cjrplaw@onelinkpr.net

**DEBTOR'S VERIFICATION:** I declare under penalty of perjury that I have read the attached amendments and that they are true and correct to the best of my knowledge, information or belief.

November 12, 2010

/s/ Loyda D Berdecia Menendez

Debtor

B6D (Official Form 6D) (12/07)

In re LOYDA DENISSE BERDECIA MENENDEZ, Case No. 3:10-bk-10654
Debtor(s) (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## Amended 11/12/2009

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 4750 <br> Creditor # : 1 <br> COOP A/C HERMANOS UNIDOS <br> PO BOX 195245 <br> SAN JUAN PR 00919-5245 | X | SHARES <br><br> Value: $ 3,377.45 | | | | $ 9,057.04 | $ 5,679.59 |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

No continuation sheets attached

Subtotal $ (Total of this page)    $ 9,057.04    $ 5,679.59

Total $ (Use only on last page)    $ 9,057.04    $ 5,679.59

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)